# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1312.  DOWNEY TREES, INC. v. STEPHENS.**

Upon consideration of Appellee's Motion to Remand, the same is hereby GRANTED. The Clerk is ORDERED to remand this case to the State Court of Forsyth County. Either party may file a notice of appeal within 30 days of resolution of the pending motion to enforce settlement.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/22/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*